Desert Financial Credit Union
148 N. 48th Street
Phoenix, Arizona 85034
Phone: 602-335-5678
Email: garnishments@desertfinancial.com



FILED
MAY 0 1 2025
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re

JOSEPH PATRICK MAEZ, a.k.a. Patrick Maez; and HEATHER L. MAEZ, a.k.a. Heather L. Larsen,
    Debtors,

SAGE GROWTH CAPITAL FUND 1, LLC, an Idaho limited liability company,

    Plaintiff/Judgement Creditor,

v.

JOSEPH PATRICK MAEZ, an individual; and the martial community composed of JOSEPH PATRICK MAEZ and HEATHER L. MAEZ,

    Defendants/Judgement Debtors.

Desert Financial Credit Union,
    Garnishee

24-AP-00154-DPC

Chapter 7

No.: 24-02451-DPC

**ANSWER OF GARNISHEE FOR HEATHER L. MAEZ**

**(Non-Earnings)**

1. I am authorized by the above named Garnishee to complete and file this Answer. The word 'money' as used in this Answer does not refer to wages. Garnishee's name, address and phone are:

    Desert Financial Credit Union
    Attn: Garnishments
    148 N. 48th Street
    Phoenix, Arizona 85034
    Phone: 602-335-5678
    Email: garnishments@desertfinancial.com

2. The statements checked below were true at the time the Writ was served:

    A. ☐ Garnishee was not indebted or otherwise in possession of monies belonging to Judgment Debtor.

    B. ☒ Garnishee was in possession of monies of the Judgment Debtor in the total amount of **$5,128.25.**

Answer of Garnishee [Bankruptcy - Member Positive Balance No SDB] - 1

    i. Garnishee exempted **$5,000.00** from the account owned by the Judgment Debtors for the following reason:

      a. ☒ Pursuant to A.R.S. §33-1126(9), A.R.S. §12-1593(B) and/or the instructions from Judgment Creditor to Garnishee, as appropriate;

      b. ☐ The funds in the account were identified as federal benefit payments to the Judgment Debtor under Title 31, Part 212 of the Code of Federal Regulations and are protected from garnishment; and/or

      c. ☐ Remaining exempted amount of _____ was being held _____.

    ii. Garnishee has placed a hold on the amount of **0.00** (as non-exempt funds held by Garnishee pursuant to the Writ.) Garnishee's records indicate that the impounded monies are held in the name(s) of ☒ the Judgment Debtor or ☐ the Judgment Debtor and _____ .

  C. ☒ Garnishee was not in possession of any personal property belonging to Judgment Debtor.

  D. ☐ Garnishee was in possession of the following personal property belonging to the Judgment Debtor: Safe Deposit Box (include a description of each item or group of items).

  E. ☒ Garnishee is not a corporation in which the Judgment Debtor owns shares of interest, however, Garnishee is a federally chartered credit union in which Judgment Debtor owns one share.

3. Garnishee is aware that the following person/entity holds personal property or money which belongs to Judgment Debtor:

4. Garnishee requests an answer fee in the amount of **$100.00** as a reasonable amount for the preparation and filing of this Answer.

5. A. One (1) copy each of the Writ of Garnishment of Monies or Property and Summons (Non-Earnings), Notice to Judgment Debtors or Defendants (Non-Earnings), and Request for Hearing form and a copy of the underlying Default Judgment were provided to each Judgment Debtor at the following addresses on _____ :**3308 E. Kesler Ln., Gilbert, AZ 85295**

By: ☒ Mail ☐ Hand Delivery ☐ Constable or Process Server

  B. The original of this Answer mailed to: **230 N. 1st Ave, Ste. 101 Phoenix, AZ 85003**

  C. One (1) copy of this Answer was provided to each Judgment Debtor at Judgment Debtors' Address set forth in 5.A. above, and to Creditor's Attorney at the following Address on _____ :**2394 E. Camelback Rd. #600, Phoenix, AZ 85016**

By: ☒ Mail ☐ Hand Delivery ☐ Constable or Process Server

6. I state on penalty of perjury that the foregoing is true and correct as of the date the Writ was served.

Answer of Garnishee [Bankruptcy - Member Positive Balance No SDB] - 2

WHEREFORE, Garnishee prays that Garnishee be discharged on this Answer and the Court award Garnishee reasonable compensation in the amount of **$100.00**.

Dated this 18 day of April, 2025.

By: _____
Vanessa Duarte, Authorized Agent of Garnishee, Desert Financial Credit Union

SUBSCRIBED AND SWORN TO before me this 24th day of April, 2025.

_____
NOTARY PUBLIC

My Commission Expires:

07/24/26

F. BALBASTRO
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 633945
Expires July 24, 2026

Answer of Garnishee [Bankruptcy - Member Positive Balance No SDB] - 3