FILED
MAY 0 2 2025
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

Person Filing: Andrew G. Klevorn
Mailing Address: 865 W. Irving Park Road
City, State, Zip Code: Itasca, Illinois 60143
Email Address: Legal@diverzify.com
Telephone Number(s): (847) 250-4533
Representing: [ ] Self  [ ] Attorney  [X] Other
State Bar No. (if applicable): _____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JOSEPH PATRICK MAEZ, a.k.a. Patrick Maez; and HEATHER L. MAEZ, a.k.a. Heather L. Larsen,<br><br>Debtor. | Chapter 7<br><br>Case No.: 24-02451-DPC |
| SAGE GROWTH CAPITAL FUND 1, LLC, an Idaho limited liability company,<br><br>Plaintiff/Judgment Creditor,<br><br>v.<br><br>JOSEPH PATRICK MAEZ, an individual; and the martial community composed of JOSEPH PATRICK MAEZ and HEATHER L. MAEZ,<br><br>Defendants/Judgment Debtors. | Adv. Proc. No. 24-00154<br><br>**GARNISHEE'S ANSWER**<br><br>**(Earnings)** |
| APEX GROUP,<br><br>Garnishee. | |

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX

> **CAUTION:** Failure to file a Garnishee's Answer can result in an order being entered against you in the full amount of the debt owed by the judgment debtor to the judgment creditor. This can happen even if you do not know the judgment debtor or do not owe the judgment debtor any money or property.

1. I am the garnishee, or I am authorized by the garnishee to complete and file this Answer. The word 'money' as used in this Answer does not refer to wages. Garnishee's name, address and phone are:

2. The statements checked below were true at the time the Writ was served: (Check all boxes that apply and fill in blanks for each box checked)

   [ ] The judgment debtor was not employed by me on the date the Writ and Summons were delivered to me. The judgment debtor's last workday was _____.

   [ ] I will not owe judgment debtor earnings within 60 days after service of the Writ and Summons.

   [X] The judgment debtor was employed by me on the date the Writ and Summons were delivered to me.

   [X] I will owe judgment debtor earnings within 60 days after service of the Writ and Summons.

   [ ] I took the following steps to try to identify the judgment debtor, but was not able to do so for the reasons stated here: _____ _____.

3. According to the Writ and Summons, the total amount owed the judgment creditor is _____.

4. The judgment debtor's next two paydays are May 9, 2025 and May 23, 2025.

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX

| | | | |
|---|---|---|---|
| 1 | 5. | The pay period is: (check the box that applies) | |
| 2 | | [ ] | Daily |
| 3 | | [ ] | Weekly |
| 4 | | [X] | Every two weeks |
| 5 | | [ ] | Monthly |
| 6 | | [ ] | Twice per month |
| 7 | | [ ] | Other: _____. |

6. I have attached copies of any existing garnishments, wage assignments or levies against judgment debtor which are known to me.

7. Garnishee requests an answer fee in the amount of $_____, as a reasonable amount for the preparation and filing of this Answer.

Copies of the Answer, Writ of Garnishment and Summons, Notice to Judgment Debtor of Garnishment, Notice of Hearing form, Request for Hearing form and a copy of the underlying judgment were provided to judgment debtor on:

Date: April 30, 2025
By: [X] Mail [ ] Hand Delivery [ ] Constable, Deputy Sheriff or Process Server

Copy of the Answer provided to judgment creditor on:

Date: April 30, 2025
By: [X] Mail [ ] Hand Delivery [ ] Constable, Deputy Sheriff or Process Server

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

April 30, 2025
Date

Signature of Garnishee or Authorized Agent

State of Illinois )
County of DuPage ) ss.

Subscribed and sworn or affirmed before me on April 30, 2025.
My Commission Expires: 8/7/2028

Monique Alexandria Zamora
Notary Public

51492632

OFFICIAL SEAL
MONIQUE ALEXANDRIA ZAMORA
Notary Public, State of Illinois
Commission No. 994920
My Commission Expires August 07, 2028

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX

- 3 -

Case 2:24-ap-00154-DPC   Doc 54   Filed 05/02/25   Entered 05/06/25 10:58:38   Desc
Main Document    Page 3 of 3