IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>JOSEPH PATRICK MAEZ, a.k.a. Patrick Maez; and HEATHER L. MAEZ, a.k.a. Heather L. Larsen,<br><br>    Debtors. | Chapter: 7<br><br>No. 24-02451-DPC |
| SAGE GROWTH CAPITAL FUND 1, LLC, an Idaho limited liability company,<br><br>    Plaintiff/Judgment Creditor,<br><br>    v.<br><br>JOSEPH PATRICK MAEZ, an individual; and the martial community composed of JOSEPH PATRICK MAEZ and HEATHER L. MAEZ,<br><br>    Defendants/Judgment Debtors. | Adv. Proc. No. 24-00154<br><br>**GARNISHMENT JUDGMENT**<br><br>**(Non-Earnings)** |
| DESERT FINANCIAL CREDIT UNION,<br><br>    Garnishee. | |

    This Court issued a Writ of Garnishment to Garnishee Desert Financial Credit Union ("DFCU") for $800,000.00 and the following is shown from the Answer:

    1.    DFCU owes Judgment Debtor Heather L. Maez $128.25.

THEREFORE, IT IS ORDERED, that Judgment Creditor Sage Growth Capital Fund 1, LLC ("Sage") has judgment against DFCU for $128.25.

IT IS FURTHER ORDERED, awarding DFCU $100.00 for reasonable compensation for answering the Writ, said sum to be withheld by DFCU from the funds subject to garnishment.

THEREFORE, IT IS ORDERED, that DFCU is discharged. Upon filing the satisfaction of this Judgment, DFCU is released from the Writ issued April 24, 2025.

**DATED AND SIGNED ABOVE.**