Fennemore Craig, P.C.
Anthony W. Austin (No. 025351)
Spencer A. Shockness (No. 038752)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: aaustin@fennemorelaw.com
Email: sshockness@fennemorelaw.com

*Attorneys for Judgment Creditor*
*Sage Growth Capital Fund 1, LLC*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>JOSEPH PATRICK MAEZ, a.k.a. Patrick Maez; and HEATHER L. MAEZ, a.k.a. Heather L. Larsen,<br><br>Debtors. | Chapter: 7<br><br>No. 24-02451-DPC |
| SAGE GROWTH CAPITAL FUND 1, LLC, an Idaho limited liability company,<br><br>Plaintiff/Judgment Creditor,<br><br>v.<br><br>JOSEPH PATRICK MAEZ, an individual; and the martial community composed of JOSEPH PATRICK MAEZ and HEATHER L. MAEZ,<br><br>Defendants/Judgment Debtors. | Adv. Proc. No. 24-00154<br><br>**NOTICE OF SATISFACTION OF GARNISHMENT JUDGMENT FOR DESERT FINANCIAL CREDIT UNION**<br><br>**(Non-Earnings)**<br><br>**(A.R.S. §§ 12-1584)** |
| DESERT FINANCIAL CREDIT UNION,<br><br>Garnishee. | |

Judgment Creditor Sage Growth Capital Fund 1, LLC ("Sage") has received an Amended Answer from Garnishee Desert Financial Credit Union ("DCFU"). According to the Amended Answer, DCFU's original calculation of the exemption from the account owned by Judgment Debtors Joseph Patrick Maez and Heather L. Maez was incorrect. The

Amended Answer's corrected calculation does not leave any non-exempted funds to garnish from Judgment Debtors' account. Accordingly, the Garnishment Judgment entered against DCFU on May 21, 2025 [D.E. 61], is satisfied.

DATED this 28th day of May, 2025

FENNEMORE CRAIG, P.C.
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016

By: */s/ Anthony W. Austin*
Anthony W. Austin
Spencer A. Shockness
*Attorneys for Judgment Creditor*
*Sage Growth Capital Fund 1, LLC*

The foregoing was electronically filed this 28th day of May, 2025 via the Court's CM/ECF filing system for filing and transmittal of a Notice of Electronic Filing, receipt of which constitutes service under L.R. Bankr. P. 9076-1(a), to the CM/ECF registrants along with a copy of the foregoing sent by U.S. First Class Mail (only) on May 28, 2025, to:

Joseph Patrick Maez
Heather L. Maez
3308 East Kesler Lane
Gilbert, AZ 85295
*Judgment Debtors*

Desert Financial Credit Union
148 N. 48th Street
Phoenix, AZ 85034
*Garnishee*

By: */s/ Gidget Kelsey*